Dismissed and Memorandum Opinion filed January 5, 2006












Dismissed and Memorandum Opinion filed January 5,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01194-CR

____________

 

MARK ANTHONY
PARMER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County, Texas

Trial Court Cause No. 35,626

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of appellant=s motion for transcripts and
evidence.  In a separate appeal, appellant
challenged his conviction and that appeal was dismissed for lack of
jurisdiction because the notice of appeal was not timely filed.  See Parmer v. State, 2005 WL 2674950 (Tex. App.BHouston [14th Dist.] 2005, no pet.
h.).








Generally, an appellate court only has jurisdiction to
consider an appeal by a criminal defendant when where there has been a final
judgment of conviction.  Workman v.
State, 170 Tex.Crim. 621, 343 S.W.2d 446, 447 (1961);  McKown v. State, 915 S.W.2d 160, 161
(Tex. App.‑‑Fort Worth 1996, no pet.).  Although there are exceptions to this general
rule, the denial of a motion for transcripts and evidence is not a separately
appealable order.  Because this appeal
does not fall within the exceptions to the general rule that appeal may be
taken only from a final judgment of conviction, we have no jurisdiction. 

            Accordingly,
the appeal is ordered dismissed.

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 5, 2006.

Panel consists of Justices Hudson,
Frost, and Seymore. 

Do Not Publish —
Tex. R. App. P. 47.2(b).